IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE IMAGING SOURCE, LLC<br>  and LEAD TECHNOLOGIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE IMAGING SOURCE GmbH,<br>  DBS Imaging, Inc., and<br>  ROLF BOLLHORST<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:06cv36<br>)<br>)<br>)<br>)<br>)<br>) |

## Stipulation of Dismissal

It is stipulated by the parties, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action shall be voluntarily dismissed with prejudice. The Court retains jurisdiction for purposes of enforcing the settlement agreement.

This 28th day of March, 2006.

        s/Albert P. Allan
        Albert P. Allan
        N.C. Bar No. 18882
        aallan@summalaw.com

        SUMMA, ALLAN & ADDITON P.A.
        11610 North Community House Road, Suite 200
        Ballantyne Corporate Park
        Charlotte, North Carolina 28277
        Telephone: (704) 945-6700
        Facsimile: (704) 945-6735

        Attorneys for Plaintiffs The Imaging Source, LLC
        and LEAD Technologies, Inc.


        s/Michael F. Schultze
        Michael F. Schultze
        N.C. Bar No. 12547
        mschultze@cstpa.com

        CRANFORD, SCHULTZE, TOMCHIN
         AND ALLEN, P.A.
        7257 Pineville-Matthews Road
        Suite 2100
        Charlotte, North Carolina 28226
        Telephone: (704) 442-1010
        Facsimile: (704) 442-1020

        Attorneys for Defendants The Imaging Source,
        GmbH, DBS Imaging, Inc., and Rolf Bollhorst

## Certificate of Service

I hereby certify that a true and correct copy of the parties' Stipulation of Dismissal has been served on counsel via first-class mail, postage prepaid, addressed as follows:

> Michael F. Schultze, Esq.
> Cranford, Schultze, Tomchin and Allen, P.A.
> 7257 Pineville-Matthews Road
> Suite 2100
> Charlotte, North Carolina 28226

This 28th day of March, 2006.

> s/Albert P. Allan_____
> Albert P. Allan